```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| MICHAEL D. WILLINGHAM, | |
| Plaintiff, | Civil Action<br>No. 16-5963(JBS-AMD) |
| v. | |
| CAMDEN COUNTY JAIL, | MEMORANDUM OPINION |
| Defendant. | |

**SIMANDLE, Chief District Judge**

   Plaintiff Michael D. Willingham seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

   Plaintiff did not complete the IFP application. Plaintiff must submit either a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed. This matter shall be administratively terminated pending submission of the filing and administrative fees or a completed IFP application.

   An appropriate order follows.


 October 7, 2016                    s/ Jerome B. Simandle
Date                                JEROME B. SIMANDLE
                                    Chief U.S. District Judge